UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


PATRICIA BOSTON,

                    Plaintiff

          v.                                    C-1-10-408

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant


## <u>ORDER</u>

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 13) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case.   This Court accepts the Report as uncontroverted.   The Report and Recommendation is **ADOPTED AND INCORPORATED** herein.

Accordingly, for the reasons stated in the Report and Recommendation (doc. no. 13) the Court finds the ALJ's analysis is unsupported by substantial evidence. The decision of the Commissioner to deny plaintiff DIB benefits is **REVERSED.** This matter is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g). On remand, the ALJ is instructed to: (1) carefully review evidence of plaintiff's allegations of additional limitations based on evidence of fibromyalgia and/or carpal tunnel syndrome; and (2) properly review the medical evidence and give specific reasons for the weight given to the opinions of plaintiff's treating physicians.

This matter is **DISMISSED AND TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**


_____s/Herman J. Weber_____
Herman J. Weber, Senior Judge
United States District Court